IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-41448 |
| | § | |
| VHN SERVICES, INC. | § | |
| 612 Fall Wheat Drive | § | CHAPTER 11 |
| Plano, TX  75094 | § | |
| 82-2825777 | § | |
|         DEBTOR | § | |

## ORDER GRANTING MOTION OF MHC FINANCIAL SERVICES FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY

      On July 9, 2020, a Motion for Relief from Automatic Stay Against Property (the "Motion") was filed by MHC Financial Services (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to the Local Rule of Bankruptcy Procedure 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen (14) days or the Motion would be deemed by the Court to be unopposed.  The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

      **IT IS THEREFORE ORDERED** that the Motion for Relief from Automatic Stay Against Property filed by MHC Financial Services on July 9, 2020, and all relief requested therein is hereby **GRANTED** so as to authorize Movant to proceed under applicable non-bankruptcy law against the 2020 Kenworth truck bearing VIN 1XKYD49X1LJ391371 described in the Motion ("Collateral").

      **IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day time period otherwise imposed by Fed. R. Bank. P. 4001(a)(3) shall not be applicable to this Order.